1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                    No. CR 03-00236 SI

10           Plaintiff,                         **ORDER REQUESTING FURTHER**
                                                **BRIEFING FROM THE UNITED**
11     v.                                       **STATES**

12  NIKOLAI TEHIN,

13           Defendant.
    _____/
14

15          On June 20, 2011, defendant Nikolai Tehin filed a motion to vacate, set aside, or correct his

16  sentence pursuant to 28 U.S.C. § 2255.  Dkt. 187.  In his motion, Tehin raised a number of arguments

17  attacking his conviction.  One of the grounds on which he attacks his conviction is that the promotional

18  Money Laundering counts upon which he was convicted present a merger problem with the Mail Fraud

19  counts upon which he was also convicted.  *Id.* at 20-21 (*citing Santos v. Dias*, 533 U.S. 507 (2008)).

20          On November 7, 2011, the United States filed an opposition to Tehin's motion.  Dkt. 196.  The

21  government did not address Tehin's merger argument.  The government stated in a footnote that, "Tehin

22  also challenges his money laundering convictions, but only on the ground that the unlawful activity gave

23  rise to the laundered funds was an honest services fraud.  Because the jury's verdict shows that Tehin

24  also engaged in a money-or-property fraud, his attack on the money laundering counts should likewise

25  be rejected."  *Id.* at 15.  However, Tehin challenged the money laundering on the separate basis that the

26  money laundering charges merge with the mail count charges, without reference to his honest services

27  argument.

28          The government is hereby ORDERED to provide supplemental briefing of no more than 5 pages

United States District Court
For the Northern District of California

as to any opposition it has to Tehin's merger argument.  The brief is due by **May 11, 2012.**

**IT IS SO ORDERED.**

Dated:  April 16, 2012

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California

2