1

2

3                    IN THE UNITED STATES DISTRICT COURT

4              FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,                No. C 03-00236 SI
                                              (Civil No. 11-03083 SI)
             Plaintiff,

7      v.                                     **ORDER DENYING CERTIFICATE OF
                                              APPEALABILITY**

8    NIKOLAI TEHIN,

9            Defendant.
     _____/

10

11          Currently before the Court is defendant's application for a certificate of appealability.   A

12   certificate of appealability should be issued "only if the  applicant has made a substantial showing of

13   the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  "Where a district court has rejected the

14   constitutional claims on the merits, the showing required to satisfy § 2253© is straightforward:  the

15   petitioner must demonstrate that  reasonable jurists would find the district court's assessment of the

16   constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).   In this

17   instance, defendant's current application raises arguments the Court already rejected in the Court's

18   August 22, 2012 order denying defendant's motion to vacate, set aside, or correct sentence.  Dkt. 203.

19   Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable

20   or wrong."  *Slack*, 529 U.S. at 484.  Accordingly, defendant's application is DENIED.  Defendant may

21   seek a certificate of appealability from the Court of Appeals.

22          **IT IS SO ORDERED.**

23

24   Dated:  September 25, 2012                     _____
                                                    SUSAN ILLSTON
25                                                  United States District Judge

26

27

28

*United States District Court*
*For the Northern District of California*